1  PHILLIP A. TALBERT
   United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099



**FILED**
Apr 13, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-cr-00075-JLT-SKO |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| EVARISTO CHECCHIN, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 13, 2023 charging the above defendant with violations of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) – Attempted Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 843(b) – Use of a Communication Facility to Facilitate a Drug Trafficking Offense; 21 U.S.C. § 853(a) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail,

///

///

Motion to Seal Indictment                1

that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: April 13, 2023        Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  April 13, 2023        _____
BARBARA A. McAULIFFE
U.S. Magistrate Judge