**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

EVARISTO CHECCHIN,

                Defendant.

CR NO: 1:23-cr-00075-JLT-SKO

# SEALED

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:    Evaristo Checchin

Detained at    Ironwood State Prison, located at

19005 Wiley's Well Road, Blythe CA 92225

Detainee is:    a.)    ☒ charged in this district by:    ☒ Indictment   ☐ Information   ☐ Complaint
charging detainee with:    21 USC Section 841(a)(1),(b)(1)(A) and 843(b)

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings

or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

***Appearance is necessary on May 5, 2023 at 2:00 p.m. in the Eastern District of California.***

Signature:      /s/ Arin C. Heinz

Printed Name & Phone No:      Arin C. Heinz (559-497-4080)

Attorney of Record for:      United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum          ☐ Ad Testificandum

        The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on May 5, 2023* for an appearance at *2:00 p.m* and at the conclusion of said hearing to return said detainee to the above-named custodian.


Dated: _____4/19/23_____          _B. McAuliffe_____

                                        Honorable Barbara A. McAuliffe
                                        U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | ☒ Male | ☐ Female |
| Booking or CDC #: BU8143 | DOB: | 07/22/1962 |
| Facility Address: 19005 Wiley'S Well Road, Blythe CA 92225 | Race: | White |
| Facility Phone: 760-921-3000 | FBI#: | 245797W10 |
| Currently Incarcerated For: Possession of Controlled Substances for Sale and Felon/Addict Possess Firearm | | |

---

**RETURN OF SERVICE**


Executed on: _____          _____

                                               (signature)