UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

**FILED**
May 03, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br>  v.<br><br>EVARISTO CHECCHIN,<br><br>  Defendant. | CASE NO. 1:23-CR-00075-JLT-SKO<br><br>**UNSEALING ORDER** |

Good cause appearing due to the defendant's pending initial appearance in the Eastern District of California, it is hereby ordered that the Indictment, arrest warrant, and related court filings in the above matter, be UNSEALED.

DATED: May  3 , 2023

_____
HONORABLE ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE