**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:    **Defendant, Evaristo Checchin**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:23 CR00075-JLT SKO |
| Plaintiff, | MOTION TO TERMINATE CJA APPOINTMENT OF PETER M. JONES AS ATTORNEY OF RECORD AND ORDER |
| EVARISTO CHECCHIN, | |
| Defendant. | |

On April 13, 2023, Defendant Evaristo Checchin was indicted on federal charges. CJA Panel Attorney Peter M. Jones was appointed as trial counsel to represent Mr. Checchin on May 8, 2023 in his criminal case. Mr. Checchin was sentenced pursuant to a plea agreement on March 18, 2024. The time for filing a direct appeal was April 1, 2024. No direct appeal was filed. Mr. Checchin was in custody at sentencing. The trial phase of Mr. Checchin's criminal case has, therefore, come to an end. Having completed his representation of Mr. Checchin, CJA Attorney Peter M. Jones now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Checchin require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 300, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-
///

4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: April 17, 2024                              Respectfully Submitted,


By: /s/ *Peter M. Jones*
    Peter M. Jones, Attorney for
    Defendant, Evaristo Checchin


## ORDER

Having reviewed the Notice and found that attorney Peter M. Jones has completed the services for which he was appointed, the Court hereby grants Peter M. Jones' request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this Order on Evaristo Checchin at the following address and to update the docket to reflect Defendant's pro se status and contact information: forwarding address unknown.

IT IS SO ORDERED.

Dated:  **April 18, 2024**                              _____
                                                        UNITED STATES DISTRICT JUDGE